**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01219-CV

**DIANE E. CLEMENTS, Appellant**

**V.**

**CVS PHARMACY, INC., CVS CAREMARK CORP., CVS HEALTH, CAREMARK, LLC, AND DM DESIGNS, INC., Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04930-2015**

## ORDER

Appellant's brief in this appeal is overdue. It was first due December 17, 2017.

On February 15, 2018, after two extensions for filing the brief had been granted, counsel for appellant informed the Court appellant had died. He sought another extension and explained that while appellant's husband was expected to be appointed administrator of appellant's estate, he was not yet authorized to act on her behalf. Based on counsel's representations, we extended the deadline for filing the brief another thirty days and then another sixty days.

Our order granting the last extension directed appellant's brief or a status report on the probate proceedings be filed no later than May 28, 2018. To date, however, neither has been filed. Accordingly, we again **ORDER** either appellant's brief or a status report be filed. *We*

*caution that failure to comply by July 13, 2018 may result in the appeal being dismissed for want of prosecution.  See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


/s/     DAVID EVANS
           JUSTICE